# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139572

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BRADFORD CARL ROSS,
      Defendant-Appellant.

SC: 139572
COA: 291321
Emmet CC: 05-002399-FH

_____/

      On order of the Court, the application for leave to appeal the July 16, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

_____
Clerk

s0222